IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM JAMES BROWN                                                  PLAINTIFF

v.                              Civil No. 06-5118

DEPUTY McCULLEY, DEPUTY HAMMOCK,
CAPTAIN HUNTER PETRAY, and NURSE
SUE McDONALD, all of the Benton County
Detention Center                                           DEFENDANTS

## **ORDER**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before January 2, 2007. Plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 17th day of November 2006.

                                                                                  /s/ Beverly Stites Jones
                                                                                  HON. BEVERLY STITES JONES
                                                                                  UNITED STATES MAGISTRATE JUDGE