```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

WILLIAM JAMES BROWN                                            PLAINTIFF

       v.        Civil No. 06-5118

DEPUTY MCCULLEY;
DEPUTY HAMMOCK;
CAPTAIN HUNTER PETRAY;
NURSE SUE                                                     DEFENDANTS

### ORDER

NOW on this 9th day of April 2007, comes on for consideration the Report and Recommendation of the Magistrate Judge (document #25), filed on February 21, 2007, and the Court, being well and sufficiently advised that there has been no objection, finds that the Report and Recommendation should be, and it hereby is, adopted *in toto*.

IT IS THEREFORE ORDERED that, for the reasons set forth therein, the **Report and Recommendation of the Magistrate Judge** is **adopted *in toto*.** Accordingly, Defendant's Motion to Dismiss (document #22) is hereby granted and William James Brown's complaint is dismissed based on his failure to prosecute this action and to obey the orders of the court.

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**